No. 1894. CAYEY-CAGUAS TOBACCO CO., APPELLEE, *v.* RAMÍREZ ET AL., APPELLANTS.—Acknowledgment of servitude. Guayama. December 9, 1919. *Reconsideration denied.*

No. 1442. PEOPLE, APPELLEE, *v.* RIVERA, APPELLANT.—Violation of the Internal Revenue Law. Arecibo. December 9, 1919. *Affirmed.*

No. 1443. PEOPLE, APPELLEE, *v.* SANTIAGO, APPELLANT.—Petty larceny. San Juan, Section 2. December 11, 1919.

No. 1445. PEOPLE, APPELLEE, *v.* BERMÚDEZ ET AL., APPELLANTS.—Riot. San Juan, Section 2. December 11, 1919.

No. 1446. PEOPLE, APPELLEE, *v.* AGOSTO, APPELLANT.—Aggravated assault and battery. San Juan, Section 2. December 12, 1919. *Affirmed.*

No. 1444. PEOPLE, APPELLEE, *v.* MONTAÑO, APPELLANT.—Adulteration of milk. San Juan, Section 2. December 15, 1919. *Affirmed.*

No. 1439. PEOPLE, APPELLEE, *v.* MONTERO, APPELLANT.—Aggravated assault and battery. San Juan, Section 2. December 15, 1919. *Affirmed..*

No. 1460. FLORES, PETITIONER, AND PEOPLE, APPELLANT.—Habeas corpus. Humacao. December 19, 1919, *Appeal withdrawn.*

1441. PEOPLE, APPELLEE, *v.* JIMÉNEZ, APPELLANT.—Violation of the Automobiles Act. San Juan, Section 2. December 22, 1919. *Affirmed.*

No. 452. COLÓN, APPELLANT, *v.* REGISTRAR OF CAGUAS, RESPONDENT.—Administrative appeal. December 23, 1919. *Appeal withdrawn.*